| | AUSA: | Matthew Roth | Telephone: (313) 226-9186 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Brian C. Max, F.B.I. | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Ronald WYATT

Case: 2:19-mj-30515
Assigned To : Unassigned
Assign. Date : 9/28/2019
IN RE: USA v RONALD WYATT (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2019__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate communication to threaten any person |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Brian Max, F.B.I.
Printed name and title

Sworn to before me and signed in my presence.

Date: September 28, 2019

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Special Agent Brian C. Max of the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

### I. INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the FBI and have been since May 2002. During the course of my employment as a Special Agent, I have participated in numerous investigations where various social media sources, to include Facebook, have been utilized by individuals to communicate with each other and/or post information regarding criminal activities. I have conducted and participated in investigations where digital data was preserved and reviewed, to include information provided from Facebook.

2.  The information in this affidavit is from my personal observations, training, experience, and information obtained from other law enforcement agencies and witnesses. This affidavit is intended to show the existence of probable cause for an arrest warrant and does not set forth all information known to law enforcement related to this investigation.

3. Probable cause exists that Ronald WYATT transmitted, through interstate commerce, a communication containing a threat to injure.

## II.   PROBABLE CAUSE

4. On July 23, 2019, Adult Victim-1 (AV-1), a resident of the Eastern District of Michigan, received a threatening message by way of Facebook. The message read "See you at church on Wednesday night with my AK to put you and your nigger family down bitch." AV-1 is African-American and attends a specific church (hereinafter "the Church") in the Eastern District of Michigan. AV-1 was out of town at the time the message was posted. AV-1 did not view the message until several days later.

5. The threatening message was sent from a Facebook profile using the name J.K.[1] The profile photograph is of an older white male. AV-1 was not familiar with the name J.K. nor the photo associated with the Facebook profile.

---

1. The actual name of the Facebook profile has been withheld from this affidavit. J.K. is an actual person, whose identity is known to the FBI and who, at the time, was unaware of how WYATT was using the Facebook page in his name.

6.     AV-1 looked through the J.K. profile. AV-1 noticed that J.K. had only two Facebook friends: Ronald WYATT and L.P (also known as L.S.). AV-1 was familiar with both WYATT and L.P. WYATT used to attend the Church and L.P was WYATT's girlfriend. AV-1 knew WYATT because she helped to bring WYATT meals after his father passed away.

7.     WYATT is a 21-year-old white male who resides at 2xxxx Lori Street in Taylor, Michigan. The address is a residence in a trailer park within walking distance to the Church. L.P., a 62-year-old white female, and J.K., an 82-year-old white male, both live at separate addresses, in the same trailer park, on Lori Street. All three are within walking distance of each other.

8.     On August 13, 2019, officers from the Taylor Police Department interviewed J.K., WYATT's neighbor. J.K. acknowledged he was the person in the profile photo associated with the Facebook account bearing his name. However, J.K. reported that he does not know how to use Facebook and was unaware that there was a Facebook account opened in his name. J.K. further stated that WYATT is his

neighbor who regularly visits J.K.'s home. J.K. does not attend the Church.

9. On August 13, 2019, Taylor Police interviewed WYATT at his residence. WYATT denied making any threat. WYATT admitted to opening the Facebook account for J.K. on/about May of 2018.

10. On August 16, 2019, Affiant interviewed WYATT at his residence. WYATT made the following statements:

    a. He denied making any Facebook threats toward AV-1 or anyone from the Church;

    b. He has AD/HD, Asperger's syndrome, and is bipolar. WYATT used to take medication for these conditions but is no longer taking any medicine;

    c. He opened a Facebook account at the request of and in the name of his neighbor J.K. so J.K. could contact his grandchildren;

    d. He has three Facebook accounts himself. One of the Facebook accounts was opened specifically to contact a person that had blocked him on his other Facebook accounts;

-4-

  e. He used to attend the Church but recently stopped going because he felt he was judged for using marijuana; and;

  f. He has never owned or fired any gun other than a pellet gun.

11. WYATT allowed the agents to search his residence. No weapons were located.

12. On August 19, 2019, Affiant interviewed WYATT's mother. His mother confirmed that WYATT has recently been very angry at the Church. WYATT told her that certain members of the Church have rejected him because of his drug use. In May of 2019, his mother made the decision to block WYATT on Facebook based on postings that were critical of law enforcement. Shortly after blocking WYATT, his mother began receiving insulting Facebook messages from J.K.'s account. His mother never met J.K. before receiving the messages. She believed that WYATT sent the insulting messages from J.K.'s Facebook account. His mother provided the FBI copies of the Facebook messages sent to her through the J.K. account. This is the same account that sent the threatening message to AV-1.

13. In the past, WYATT has used spoof telephone numbers to contact his mother after she stopped responding to his calls/texts. His mother reported that WYATT told her that he was storing guns at L.S.'s residence. His mother described L.S. as a 62-year-old female who lives on the same street as WYATT.

14. On August 19, 2019, FBI agents interviewed L.S. L.S. acknowledged that she is WYATT's friend. She confirmed that WYATT has several guns stored in her trailer. WYATT had asked her to store the weapons because he was concerned about the guns being stolen from his trailer. L.S. consented to a search of her residence to locate the weapons. Agents seized two handguns, three rifles, one pellet gun, and various amounts of ammunition. L.S. reported that WYATT put the firearms in her trailer.

15. On September 10, 2019, Affiant obtained a search warrant for the J.K. Facebook account. The records confirm that the threat made to AV-1 was made from the J.K. Facebook account on July 23, 2019, at approximately 10:20 p.m. The records also reveal that, at the same time frame, the J.K. Facebook account was used to contact several other persons know to WYATT. The messages sent to these individuals on the

-6-

night of July 23, 2019, and other Facebook users still being identified, included threats and racist language. Furthermore, at times, WYATT uses his name during the chats with other Facebook users.

16. On September 27, 2019, Affiant and another FBI Special Agent interviewed WYATT in the parking lot of a retail store. The interview was recorded. WYATT was informed that he was not under arrest and was free to leave at any time. WYATT agreed to speak with Affiant. WYATT made the following statements:

    a. He was the person who sent the Facebook threat to AV-1;

    b. He created the J.K. Facebook page;

    c. He created another account in the name of J.C.;

    d. In the J.C. and J.K. Facebook accounts, he had racially motivated hate speech materials;

    e. He never intended to carry out any of the threats he made; and

    f. He uses bad judgement at times and does not appreciate the consequences of his actions.

17. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook is headquartered in Menlo Park, California. The servers used to operate the Facebook platform are located outside of Michigan. Anytime someone uses Facebook, the communications travel through the Facebook servers. Therefore, all communications through Facebook travel outside the state of Michigan.

### III. CONCLUSION

18. Probable cause exists that Ronald WYATT has committed a violation of 18 U.S.C. § 875(c) (interstate communication to threaten any person).

Respectfully submitted,

_____
Brian Max
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

September 28, 2019

-8-